**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BILLINGS DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 22-86-BLG-SPW-02** |
| **Plaintiff,** | |
| **vs.** | **FINAL ORDER OF FORFEITURE** |
| **ALEXIS RAE WALKER,** | |
| **Defendant.** | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture (Doc. 137).   The Court having reviewed said motion and brief FINDS:

1.   The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2.   A Preliminary Order of Forfeiture was entered on January 26, 2023 (Doc. 61); and

3.   All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C.§ 982(b)(1) and 21 U.S.C. § 853(n)(1);

1

4.     It further appears there is cause to issue a forfeiture order under 18

U.S.C. § 924(d);

IT IS THEREFORE ORDERED, DECREED, AND ADJUDGED:

1.     The Motion for Final Order of Forfeiture (Doc. 137) is **GRANTED**.

2.     Judgment of forfeiture of the following property shall enter in favor of

the United States pursuant to 21 U.S.C. § 853, free from the claims of any other

party:

- Remington, model M887, 12-gauge, pump-action shotgun (S/N: AAE016880A); and

- Various rounds of .40 caliber ammunition

3.     The United States shall have full and legal title to the forfeited

property and may dispose of it in accordance with law.

DATED this ___16th___ day of October, 2023.

Susan P. Watters

SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE