IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXIS RAE WALKER,<br><br>Defendant. | CR 22-86-BLG-SPW<br><br>**ORDER** |

Defendant appeared before the Court on April 10, 2025, for a detention hearing. For reasons discussed on the record, **Defendant shall be released to Recovery Centers of Montana staff on April 14, 2025, at 9:00 a.m. or upon arrival of RCM staff on that date.** Defendant shall be released pending the hearing on final revocation of supervised release under the same terms and conditions previously imposed on supervised release, together with the following additional conditions:

1. Defendant shall reside at Recovery Centers of Montana and successfully complete inpatient treatment, followed by placement at a sober living facility or other residence approved by the probation officer to allow completion of outpatient treatment.

      2.    Defendant shall not change this residence without prior approval of the probation officer.

    DATED this 10th day of April, 2025.

                                            _____  
                                            TIMOTHY J. CAVAN  
                                            United States Magistrate Judge